1  **CAREY D. GORDEN**
California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  carey_gorden@fd.org

5

Attorneys for Defendant Mr. Uribe-Vasquez
6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   Case No. 08mj1114
                                     )
12           Plaintiff,               )
                                     )
13  v.                               )
                                     )   **NOTICE OF APPEARANCE**
14  **OMAR URIBE-VASQUEZ,**          )
                                     )
15           Defendant.               )
                                     )
16

17           Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  Carey D. Gorden, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in

19  the above-captioned case.

20                                       Respectfully submitted,

21  Dated: April 22, 2008                 *s/ Carey D. Gorden*
                                         Federal Defenders of San Diego, Inc.
22                                       Attorneys for Defendant
                                         carey_gorden@fd.org
23

24

25

26

27

28